# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

129623(57)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TRACEY PICKETT-HOLMES,
     Plaintiff-Appellant,

v

                          SC: 129623
                          COA: 253058
FARM BUREAU MUTUAL             Monroe CC: 03-016360-CK
INSURANCE COMPANY OF
MICHIGAN,
     Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 26, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CAVANAGH and WEAVER, JJ., would grant reconsideration.

      KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

d1023

October 31, 2006

_____
Clerk